■ JODI ANN TORTOMAS, Respondent, v JOHN ROBERT ANDRADE, Appellant. [831 NYS2d 342]—In a matrimonial action in which the parties were divorced by judgment dated May 26, 2004, the defendant father appeals from an order of the Supreme Court, Suffolk County (Bivona, J.), entered September 21, 2005, which, after a hearing, granted the plaintiff's cross motion for permission to relocate with the parties' son to Toronto, Canada.

Ordered that the order is affirmed, without costs or disbursements.

After weighing the appropriate factors set forth in *Matter of Tropea v Tropea* (87 NY2d 727 [1996]), the Supreme Court properly found that it was in the child's bests interest to permit relocation (*see Matter of Vega v Pollack,* 21 AD3d 495 [2005]; *Miller v Pipia,* 297 AD2d 362 [2002]). Rivera, J.P., Ritter, Goldstein and Angiolillo, JJ., concur.

■ JOHN VANLEEUWEN et al., Appellants, et al., Plaintiff, v HENRY P. VANLEEUWEN, Respondent, et al., Defendant. [831 NYS2d 342]—In an action, inter alia, to recover damages for breach of fiduciary duty and unjust enrichment, the plaintiffs John VanLeeuwen and Louis VanLeeuwen, Sr., appeal from a judgment of the Supreme Court, Dutchess County (Brands, J.), which, after a nonjury trial, is in favor of the defendant Henry P. VanLeeuwen and against them, dismissing the complaint.

Ordered that the judgment is affirmed, with costs.

On the record presented, the Supreme Court's determination that the appellants failed to meet their burden of proof that the defendant Henry P. VanLeeuwen breached a fiduciary duty or was unjustly enriched was warranted, and we decline to disturb it (*see Northern Westchester Professional Park Assoc. v Town of Bedford,* 60 NY2d 492 [1983]).

The appellants' remaining contentions are without merit. Miller, J.P., Ritter, Dillon and Angiolillo, JJ., concur.